UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ __4th__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Marie A Kai    JOINT DEBTOR: ____    CASE NO.: 16-26064-EPK

Last Four Digits of SS# xxx-xx-8423    Last Four Digits of SS# ____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A. $ __620.00__ for months __1__ to __5__ ;
    B. $ __99.00__ for months __6__ to __60__ ;
    C. $ ____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __4,175.00__    TOTAL PAID $ __280.00__
    Balance Due    $ __3,895.00__   payable $ 563.63   /month   (Months   1   to   5   )
                                                70.00                                          6        20
                                                26.85                                            21        21

$3,50.00 Attorney Fee, $150.00 in fees, $500.00 Motion to pay interest, $25.00 in costs

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Dept of the Treasury Internal Revenue Service; Memphis, TN 37501    Total Due  $ __2,591.33__  @ 4%  = Total  $ 2,863.20
                                                                         10.00           (Months 6 to 20)
                                                                           53.15           (Months 21 to 21)
                               Payable   $ __68.21__  /month    (Months 22 to 60)  Regular Payment $ __N/A__

Unsecured Creditors:  Pay $ _10.00_ /month (Months _6_ to _21_ ).
                               Pay $ _21.79_ /month (Months _22_ to _60_ ).

Debtor will treat creditor, _OCWEN_ , directly outside the plan by either selling, refinancing, curing, applying for loan modification or defending against any foreclosure action with any possible defenses available.

In the event of any of the aforesaid remedies occurring, debtor will modify the plan accordingly.

Debtor further agrees to relief from the stay for the creditor, OCWEN , as debtor is not treated the creditor in the Chapter 13 plan.

Debtor will treat creditor, FAIRFIELD LAKE CONDO , directly outside the plan by either selling, refinancing, curing, applying for loan modification or defending against any foreclosure action with any

possible defenses available.

In the event of any of the aforesaid remedies occurring, debtor will modify the plan accordingly.

Debtor further agrees to relief from the stay for the creditor, FAIRFIELD LAKE CONDO , as debtor is not treated the creditor in the Chapter 13 plan.

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
 **Rejected Contracts and/or Leases**
 -NONE-
 **Assumed Contracts and/or Leases**
 -NONE-

Chase Auto :  2015 Nissan Altima to be surrendered (POC #5)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Marie A Kai
Marie A Kai
Debtor

Date:  May 2, 2017